**BioPlus**
Specialty Pharmacy

December 10, 2021

264 1 86784 ****************AUTO**ALL FOR AADC 980
LORI ELLIS GRADER

BOTHELL, WA 98021-8588

Dear Lori Ellis Grader,

BioPlus Specialty Pharmacy Services, LLC ("BioPlus") is committed to protecting the confidentiality and security of the information we maintain. We are writing to let you know about a data security incident that may have involved some of your information. This letter explains the incident, measures we have taken, and some steps you can take in response.

On November 11, 2021, we identified suspicious activity in our IT network. Upon learning of the incident, we immediately took steps to isolate and secure our systems. We also launched an investigation with the assistance of a third-party forensic firm and notified law enforcement.

Through our investigation, we determined that an unauthorized party gained access to our network between October 25, 2021 and November 11, 2021. During that time, the unauthorized party accessed files that contained information pertaining to certain BioPlus patients. Our investigation could not rule out the possibility that files containing some of your information may have been subject to unauthorized access.

As a precaution and to help you protect your information, we are offering you a complimentary one-year membership to Experian's IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your information and provides you with identity protection support focused on immediate identification and resolution of identity theft. The information subject to unauthorized access may have included your name, address, date of birth, Social Security number, medical record number, current/former health plan member ID number, claims information, diagnosis and/or prescription information. For more information on identity theft prevention and IdentityWorks℠ Credit 3B, including instructions on how to activate your complimentary one-year membership, please see the pages that follow this letter.

We deeply regret any inconvenience or concern this incident may have caused and take this matter very seriously. To help prevent something like this from happening again, we have implemented, and will continue to adopt, additional safeguards and technical security measures to further protect and monitor our systems. If you have any questions about this incident, please call 1-855-545-2336, Monday through Friday, between 9:00 a.m. – 6:30 p.m., Eastern Time.

Sincerely,

BioPlus

Dr. Elvin Montanez
Operating Officer